```
_____ FILED      _____ ENTERED
_____ LODGED     _____ RECEIVED

         APR 29 2014

          AT SEATTLE
   CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                        DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>NATHAN SEMAN BRASFIELD,<br><br>   Defendant. | CASE NO. MJ14-163<br><br>DETENTION ORDER |

Offense charged:     Felon in Possession of a Firearm

Date of Detention Hearing:     April 29, 2014.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.     Defendant was not interviewed by Pretrial Services. Therefore, mush of his

DETENTION ORDER
PAGE -1

Case 2:14-mj-00163-JPD   Document 12   Filed 04/29/14   Page 2 of 3

background information is unknown or unverified.

2. Defendant's criminal record includes a number of failures to appear. The case agent advises that defendant is currently under investigation for participating in ten arsons and assisting a domestic terrorist flee the United States. He is alleged to be associated with the Animal Libration Front and is on the Terrorist Watchlist.

3. Based on these factors, the Court finds the defendant poses a risk of nonappearance and a risk of danger.

4. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 29th day of April, 2014.

*[signature]*

Mary Alice Theiler
Chief United States Magistrate Judge

DETENTION ORDER
PAGE -3